COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Darryl  Dwayne  Farley v. Doretha  Lenett  Edwards

Appellate case number:   01-20-00018-CV

Trial court case number:  2002-46326

Trial court:                      245th District Court of Harris County

On January 23, 2020, the Court abated the present appeal for the trial court to determine whether appellant Darryl Dwayne Farley is indigent.  On February 24, 2020, the trial court conducted a hearing and found appellant indigent.  We **reinstate** the appeal on the Court's active docket.

The Clerk of this Court is directed to make an entry in this Court's records that Appellant may proceed on appeal without payment of fees charged by the trial court clerk or court reporter for preparation of the appellate record.  *See* TEX. R. CIV. P. 145(a), (c).  The Clerk of this Court is further directed to make an entry in this Court's records that Appellant may proceed on appeal without payment of court costs. TEX. R. APP. P. 20.1(c).

The clerk's record was filed on April 7, 2020.  No reporter's record has been filed.  From information currently available, appellant did not request that a reporter's record be prepared, and a record of the hearing on the parent-child relationship was waived by both parties with the consent of the trial court.  Because a reporter's record has not been filed, this is a NOTICE to you that we may require you to file your brief and may consider and decide your appeal based only on those issues or points that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c).  The final deadline for you to submit written evidence in this Court that you have made arrangements for preparation and filing of a reporter's record, if any, is **June 19, 2021**.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting individually

Date:  May 20, 2021